# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2024

## NO. 03-23-00765-CV

**Don Batson Jr., Appellant**

**v.**

**The Board of Regents of The University of Texas System on behalf of MD Anderson Cancer Center and Karl Johnson, Independent Administrator, Appellees**

---

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND THOEFANIS**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE BAKER**

---

This is an appeal from the order admitting will to probate signed by the trial court on October 5, 2023, from the amended order enforcing no-contest clause signed by the trial court on December 21, 2023, and from the amended order denying objection to final account signed by the trial court on December 28, 2023. Having reviewed the record, the Court holds that appellant has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.